**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Chad Brian Shifflett** | **CASE NO. 17–61735** |
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. <u>If the Discharge Order has been issued, the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 4/3/18

_Rebecca B Connelly_
REBECCA B. CONNELLY, JUDGE

van02.jsp

```
                            United States Bankruptcy Court
                             Western District of Virginia
In re:                                                                Case No. 17-61735-rbc
Chad Brian Shifflett                                                  Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0423-6          User: warrenk                Page 1 of 2          Date Rcvd: Apr 03, 2018
                              Form ID: van02               Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db          +Chad Brian Shifflett,    4645 Spotswood Trial,    Stanardsville, VA 22973-2809
cr          +Bank of America, N.A.,    BWW Law Group LLC,    8100 Three Chopt Road, Suite 240,
              Richmond, VA 23229-4833
4483081     +ALG Trustee, LLC,    PO Box 2548,    Leesburg, VA 20177-7754
4483080     +ALG Trustee, LLC,    1602 Village Mareket Blvd SE,    Suite 310,   Leesburg, VA 20175-4716
4483082     +Ar Resources Inc,    Bankruptcy,   Po Box 1056,    Blue Bell, PA 19422-0287
4514784     +BANK OF AMERICA, N.A.,    c/o CARRINGTON MORTGAGE SERVICES, LLC,    1600 SOUTH DOUGLASS ROAD,
              ANAHEIM, CA 92806-5948
4483127      BWW Law Group, LLC,    8100 Three Chopt Road,    Suite 240,   Richmond, VA 23229-4833
4483086      Bank of America Home Loans,    PO Box 5012,    Woodland Hills, CA 91365-5012
4511147     +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corp.,    20750 Ventura Blvd., Ste. 100,
              Woodland Hills, CA 91364-6207
4530416     +Brenda Deane Shifflett,    4645 Spottswood Trial,    Stanardsville, VA 22973-2809
4483087     +Ca$hNetUSA,   175 West Jackson,    Suite 1000,   Chicago, IL 60604-2863
4483090      Central Virginia Oral & Facial,    Surgeons PC,    244 Hydraulic Ridge Rd,
              Charlottesville, VA 22901-8124
4483092      Charlottesville Pathology Assoc,    PO Box 100559,    Florence, SC 29502-0559
4483093      Charlottesville Radiology,    PO Box 197,    State College, PA 16804-0197
4483094     +Charlottesville Radiology LTD,    PO Box 2546,    Virginia Beach, VA 23450-2546
4483095     +Christopher E Miller,    Law Office of John P Frye PC,    3351 Orange Ave,
              Roanoke, VA 24012-6335
4483096     +County Greene VA,    Stephanie Deal,    PO Box 157,   Stanardsville, VA 22973-0157
4483097     +Credit Control Corp,    Po Box 120568,    Newport News, VA 23612-0568
4483099      Dr Colin J Hagan,    263 Hagan Ln,    Ruckersville, VA 22968
4483101     +Fredericksburg Credit Bureau, Inc,    4940 Southpoint Dr,    Fredericksburg, VA 22407-2613
4483102      Greene Cnty District General Court,    PO Box 245,    Case #: GV16000436-00,
              Stanardsville, VA 22973-0245
4483103     +Greene County General District Court,    PO Box 245,    Case #: GV13000491-00/01/02/03,
              Stanardsville, VA 22973-0245
4483104     +Internal Revenue Service,    1320 Central Park Blvd,    Fredericksburg, VA 22401-4942
4483108     +JL Walston & Associates,    Attn: Bankruptcy,    2609 N Duke St, Ste 501,   Durham, NC 27704-3019
4483109     +Loudoun Mutual Insurance Co,    PO Box 58,    Waterford, VA 20197-0058
4483110      Martha Jefferson,    PO Box 2556,    Charlottesville, VA 22902-2556
4483111     +Martha Jefferson Hospital,    630 Peter Jefferson Parkway,    Charlottesville, VA 22911-8605
4483112     +MedAssist,   1661 Lyndon Farm Court,    Louisville, KY 40223-4029
4483113     +MedAssist,   4815 Emperor Blvvd,    Suite 120,   Durham, NC 27703-8470
4530418     +NCEP LLC,   3351 Orange Ave.,    Roanoke, VA 24012-6335
4483118      Nationwide Ins,    1100 Locust Dept 5595,    Des Moines, IA 50391-5595
4483124      Piedmont Emergency Consultants PC,    PO Box 11647,    Daytona Beach, FL 32120-1647
4483125     +Rappahannock Electric,    PO Box 7388,    Fredericksburg, VA 22404-7388
4483130     +Stacy N. Shifflett,    181 Turkey Ridge Rd,    Stanardsville, VA 22973-2646
4486808     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
              Washington, DC 20410-0002
4530419     +U.S. Dept. of Housing & Urban Dev,    451 7th Street S.W.,    Washington, DC 20410-0002
4483135     +UVA Medical Center,    PO Box 800750,    Charlottesville, VA 22908-0750
4483136     +UVA Medical Center,    % David A Von Moll,    PO Box 800750,   Charlottesville, VA 22908-0750
4483137     +UVA Physicians Group,    P O Box 744123,    Atlanta, GA 30374-4123
4483133     +United Consumers,    14205 Telegragh Rd,    Woodbridge, VA 22192-4615
4483134     +United Consumers, Inc,    PO Box 4466,    Woodbridge, VA 22194-4466
4483139     +Wilson G Morris,    9574 Spotswood Trl,    Stanardsville, VA 22973-2941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4483083       E-mail/Text: ACF-EBN@acf-inc.com Apr 03 2018 21:38:02    Atlantic Credit & Finance,
              POB 11887,    Roanoke, VA 24022-1887
4483084      +EDI: BANKAMER.COM Apr 04 2018 01:33:00    Bank of America,    NC4-102-03-14,   PO Box 26012,
              Greensboro, NC 27420-6012
4483085      +EDI: BANKAMER.COM Apr 04 2018 01:33:00    Bank of America,    7105 Corporate Drive,
              MSN-PTX-C-35,    Plano, TX 75024-4100
4561356       EDI: BSLHIGGS.COM Apr 04 2018 01:33:00    Bank of America, N.A.,    c/o Steven L. Higgs, P.C.,
              9 Franklin Road, SW,    Roanoke, Virginia 24011-2403
4483089       E-mail/Text: bkrpt01@maxprofitsys.com Apr 03 2018 21:38:15     CBC Inc,   PO Box 6220,
              Charlottesville, VA 22906-6220
4483088       EDI: CAPITALONE.COM Apr 04 2018 01:33:00    Capital One,    P O Box 30285,
              Salt Lake City, UT 84130-0285
4483091      +E-mail/Text: bkrpt01@maxprofitsys.com Apr 03 2018 21:38:15     Charlottesville Bureau,
              3690 Dobleann Dr,    Charlottesville, VA 22911-9088
4483098      +EDI: RCSFNBMARIN.COM Apr 04 2018 01:33:00    Credit One Bank Na,    Po Box 98873,
              Las Vegas, NV 89193-8873
4483105       EDI: IRS.COM Apr 04 2018 01:33:00    Internal Revenue Service,    Insolvency Units,
              400 North Eighth Street, Box 76,    Richmond, VA 23219
4483107      +E-mail/Text: dplunkett@jmrl.org Apr 03 2018 21:38:16     Jefferson-Madison Regional Library,
              201 E Market St,    Charlottesville, VA 22902-5287
4500124      +EDI: MID8.COM Apr 04 2018 01:33:00     MIDLAND FUNDING LLC,    PO BOX 2011,
              WARREN, MI 48090-2011
```

```
District/off: 0423-6          User: warrenk              Page 2 of 2                  Date Rcvd: Apr 03, 2018
                              Form ID: van02             Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4483115        +EDI: MID8.COM Apr 04 2018 01:33:00      Midland Credit Management,   3111 Camino Del Rio N,
                 Suite 1300,   San Diego, CA 92108-5750
4483116        +EDI: MID8.COM Apr 04 2018 01:33:00      Midland Funding,   Attn: Bankruptcy,   Po Box 939069,
                 San Diego, CA 92193-9069
4483120        +EDI: CREDIGYREC.COM Apr 04 2018 01:33:00      NCEP LLC,   2877 Paradise Rd,   Suite 303,
                 Las Vegas, NV 89109-5239
4530417        +EDI: CREDIGYREC.COM Apr 04 2018 01:33:00      NCEP LLC,   PO Box 1589,   Suwanee, GA 30024-0970
4483119        +EDI: AISACG.COM Apr 04 2018 01:33:00      NCEP LLC,   PO Box 4138,   Houston, TX 77210-4138
4483117        +E-mail/Text: Bankruptcies@nragroup.com Apr 03 2018 21:38:41      National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
4483121         EDI: AGFINANCE.COM Apr 04 2018 01:33:00      One Main,   1807 Seminole Trl,   Ste 101,
                 Charlottesville, VA 22901-1155
4483122        +EDI: AGFINANCE.COM Apr 04 2018 01:33:00      One Main Financial,   Attn: Bankruptcy,
                 601 N.W. 2nd St,   Evansville, IN 47708-1013
4483123        +EDI: AGFINANCE.COM Apr 04 2018 01:33:00      Onemain,   PO Box 1010,   Evansville, IN 47706-1010
4483126        +E-mail/Text: bkdepartment@rtresolutions.com Apr 03 2018 21:38:22      Real Time Resolutions,
                 Attn: Bankruptcy,   Po Box 36655,   Dallas, TX 75235-1655
4483128        +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Apr 03 2018 21:38:42      Sentara,   PO Box 2156,
                 Morrisville, NC 27560-2156
4483129        +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Apr 03 2018 21:38:42      Sentara Collections,
                 535 Independence Pkwy,   Suite 700,   Chesapeake, VA 23320-5192
4487180        +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Apr 03 2018 21:38:42
                 Sentara Martha Jefferson Hospital,   590 Peter Jefferson Pwy,   Charlottesville, VA 22911-4628
4483131        +E-mail/Text: ebn@unique-mgmt.com Apr 03 2018 21:38:28      Unique National Collections,
                 119 E Maple Street,   Jeffersonville, IN 47130-3439
4483138         E-mail/Text: bkr@taxva.com Apr 03 2018 21:38:31      Virginia Dept. of Taxation,
                 Bankruptcy Dept.,   P.O. Box 1115,   Richmond, VA 23218-1115
                                                                                               TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4485344*       +BWW Law Group, LLC,   8100 Three Chopt Rd.,   Suite 240,   Richmond, VA 23229-4833
4483100       ##+Fredericksburg Credit Bureau Inc,   10506 Wakemand Dr,   Fredericksburg, VA 22407-8040
4483106       ##+J. M. Adjustment Services LLC,   16600 18 Mile Rd,   Clinton Township, MI 48038-4539
4483114        ##MedCore,   PO Box 9817,   Mobile, AL 36691-0817
4483132       ##+United Bank,   Standardsville Office,   96 Main St,   Stanardsville, VA 22973-2981
                                                                                               TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              Herbert L Beskin(82)    hbeskin@cvillech13.net, bss@cvillech13.net
              Kyle Thomas Libby    on behalf of Creditor    Bank of America, N.A. kyle.libby@bww-law.com,
               bkvaecfupdates@bww-law.com
              Marshall Moore Slayton, Esq    on behalf of Debtor Chad Brian Shifflett doug@marshallslayton.com,
               bbrs.bestcase@gmail.com;marshall@marshallslayton.com;r44646@notify.bestcase.com;jennifer@marshall
               slayton.com
              Steven L Higgs    on behalf of Creditor    Bank of America, N.A. higgs@higgslawfirm.com,
               admin@higgslawfirm.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 5
```